In re the MARRIAGE OF
Nancy ELLMAN and
Robert Ellman.

Nancy Ellman, Petitioner/Respondent,

v.

Robert Ellman, Respondent/Appellant.

No. ED 87012.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 21, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 26, 2006.

---

Morton R. Newman, Newman & Margulis, P.C., Clayton, MO, for respondent.

Nathan S. Cohen, Law Office of Nathan S. Cohen, Clayton, MO, for appellant.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).